No. 79–6858. PARKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–6872. THOMAS v. MUSKIE, SECRETARY OF STATE, ET AL.; and

No. 79–6873. THOMAS v. MUSKIE, SECRETARY OF STATE, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 79–6899. CASON v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 80–39. VOLZ v. UNITED STATES DEPARTMENT OF JUSTICE. C. A. 10th Cir. Certiorari denied.

No. 80–236. NEWMAN MEMORIAL HOSPITAL, INC., ET AL. v. HACKNEY, ADMINISTRATRIX. C. A. 10th Cir. Certiorari denied.

No. 80–262. DACEY v. COTTER ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–368. FEDERAL ELECTION COMMISSION v. AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS. C. A. D. C. Cir. Certiorari denied.

No. 80–369. AVINS v. WHITE. C. A. 3d Cir. Certiorari denied.

No. 80–371. RAO v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 80–374. REYNOLDS, DBA BEN'S AUTO SALES v. YAZZIE ET AL. C. A. 10th Cir. Certiorari denied.

No. 80–375. SHAMES v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO (SHAMES, REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.